## Ex Parte J. W. Sanders.

### No. 5533.    Decided November 5, 1919.

**Habeas Corpus—Extradition—Practice on Appeal.**

Where it was shown in an original application to this cour for a writ of *habeas corpus*, seeking relief from a writ of extradition, that since the granting of the writ of habeas corpus, relator has voluntarily submitted himself to the jurisdiction of the courts of the demanding state, the application is dismissed.

From Milam County.

Original *habeas corpus* proceedings asking release under warrant of arrest in extradition proceedings.

The opinion states the case.

*Robert M. Lyles,* for relator.

*E. A. Berry,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—This is an original application to this Court for a writ of *habeas corpus,* seeking relief from a writ of requisition issued out of the State of Missouri for the applicant, and granted by the Governor of the State of Texas.

It being satisactorily shown to this Court that since the granting of this writ the applicant has voluntarily submitted himself to the jurisdiction of the courts in said State of Missouri, in the identical matter complained of herein, and has pleaded guilty and has been sentenced, and is now beyond the jurisdiction of this Court, the application is dismissed.

*Dismissed.*